Vincent CEFALU, Appellant,

v.

UNITED STATES of America, Appellee.

No. 14942.

United States Court of Appeals, Fifth Circuit.

Feb. 11, 1955.

Rehearing Denied March 28, 1955.

Frank S. Craig, Jr., R. Frank Cangelosi, Jr., and Roland C. Kizer, Baton Rouge, La., for appellant.

M. Hepburn Many, Asst. U. S. Atty., New Orleans, La., for appellee.

Before HOLMES and BORAH, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment appealed from is affirmed.

Ex Parte Joyce Marie CLEMONS, an infant, by Gertrude Clemons, her mother et al.

No. 12380.

United States Court of Appeals, Sixth Circuit.

Dec. 14, 1954.

Russell L. Carter, James H. McGhee, Dayton, Ohio, Constance Baker Motley, Thurgood Marshall, New York City, for appellants.

PER CURIAM.

Upon consideration of a petition for a writ of mandamus directing the court to proceed to a trial upon the merits of the controversy, an order to show cause was issued to the District Judge. Wherefore, in response thereto, he vacated his order and set the case for trial on December 29, 1954.

And it now appearing that the petition for a writ of mandamus has become moot, it is hereby ordered that the petition for the said writ be dismissed.

Alva F. SOUTHWICK, Appellant,

v.

J. C. PENNEY COMPANY, Appellee.

No. 12166.

United States Court of Appeals, Sixth Circuit.

Dec. 16, 1954.

Townsend F. Beaman, Jackson, Mich., for appellant.

John H. Cassidy, St. Louis, Mo., Barnes, Kissel, Laughlin & Raisch, Detroit, Mich., for appellee.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel, and the court being advised:

It is ordered that the judgment of the District Court be and it hereby is affirmed for the reasons stated in the memorandum opinion of the District Court filed December 29, 1953, 117 F.Supp. 384.